MICHAEL J. HEYMAN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Thomas.Bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JOSEPH LEE MILLER, and JASON ALLEN WOODRUFF,<br><br>                Defendants. | No. 3:25-cr-00079-SLG-MMS<br><br>COUNTS 1-2:<br>DEPRIVATION OF RIGHTS UNDER COLOR OF LAW<br>  Vio. of 18 U.S.C. § 242 |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about May 24, 2024, within the District of Alaska, the defendant, JOSEPH LEE MILLER, while acting under color of law as a Sergeant with the Alaska State Troopers, willfully deprived B.T., a person known to the grand jury, of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law

enforcement officer acting under color of law. Specifically, the defendant tased, hit, and kicked B.T. without legal justification. The offense involved the use of a dangerous weapon and resulted in bodily injury to B.T.

All of which is in violation of 18 U.S.C. § 242.

## COUNT 2

On or about May 24, 2024, within the District of Alaska, defendant JASON ALLEN WOODRUFF, while acting under color of law as a Trooper with the Alaska State Troopers, willfully deprived B.T., a person known to the grand jury, of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer acting under color of law. Specifically, the defendant unreasonably caused and directed his police canine, Olex, to bite B.T. while B.T. did not pose a threat that warranted use of the police canine. The offense resulted in bodily injury to B.T.

//
//
//
//
//
//
//
//
//

All of which is in violation of 18 U.S.C. § 242.

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
United States of America


s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE: December 16, 2025